# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135997(51)

NSK CORPORATION,
      Plaintiff-Appellant,
      Cross-Appellee,

v

                                 SC: 135997
                                 COA: 274633
                                 Ct of Claims: 2005-000137-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellee,
      Cross-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's May 30, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

d0828